**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHRIS ANZALONE, and SARAH BREUER,
individuals,

                                              Case No.: 8:14-cv-02891-JDW-AEP

       Plaintiffs,

v.

BERMUDA ESTATES, LLC,
a Florida limited liability company, and
PROFESSIONAL DEBT MEDIATION, INC.,
a Florida for-profit corporation, and,

       Defendants.

_____/

**NOTICE OF PENDING SETTLEMENT**
**AS TO DEFENDANT PROFESSIONAL DEBT MEDIATION, INC.**

Plaintiffs, CHRIS ANZALONE and SARAH BREUER (hereinafter collectively "Plaintiffs"), by and through their undersigned counsel and pursuant to Middle District of Florida, Local Rule 3.08, hereby submit this *Notice of Pending Settlement as to Defendant Professional Debt Mediation, Inc.* and state:

1.     Plaintiffs and Defendant, PROFESSIONAL DEBT MEDIATION, INC. (hereinafter "PDMI"), have reached a conditional settlement with regard to all claims in this case, and said parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

2.     Upon execution of a mutually agreeable settlement agreement and release, undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice as to PDMI.

3.      To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with PDMI's counsel, and PDMI has no objection to the relief sought.

Submitted this 9th day of April 2015.

Respectfully submitted,

**LEAVENLAW**

/s/  Aaron M. Swift
**Ian R. Leavengood, Esq., FBN 0010167**
**Aaron M. Swift, Esq., FBN 93088**
**Gregory H. Lercher, Esq. FBN 106991**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone:  (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
glercher@leavenlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Pending Settlement as to Defendant Professional Debt Mediation, Inc.* has been furnished either electronically or by U.S. Mail this 9th day of April 2015 to:

Amanda E. Ferrelle, Esq.
Michael Foxx Orr, Esq.
Dawson Orr
50 N. Laura Street, Suite 1675
Jacksonville, FL 32202
aef@dawsonorr.com
mfo@dawsonorr.com
*Attorneys for Defendant*
*Professional Debt Mediation, Inc.*

/s/ *Aaron M. Swift*
Attorney